UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMAR BROWN,

                           Plaintiff,

               -against-

ONCE UPON A TEE, LLC,

                         Defendant.
------------------------------------------------------------X

23 Civ. 4113 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2023, required the parties to file a proposed case management plan and joint letter by July 5, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for July 12, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 10, 2023**.

Dated: July 6, 2023
       New York, New York

                                               LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE