UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                    :
LAMAR BROWN,                                       :
                                Plaintiff,                 :
                                                                     :         23 Civ. 4113 (LGS)
                        -against-                      :
                                                                     :                ORDER
ONCE UPON A TEE, LLC,                      :
                                               Defendant.    :
                                                                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for July 12, 2023;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the July 12, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

       **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is GRANTED.  The referral will issue in a separate order.

       The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 10, 2023
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                                  UNITED STATES DISTRICT JUDGE