UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
LAMAR BROWN,                                                 :
                                        Plaintiff,           :
                                                             :                  23 Civ. 4113 (LGS)
                      -against-                               :
                                                             :                      ORDER
ONCE UPON A TEE, LLC,                                        :
                                        Defendant.           :
                                                             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order dated July 10, 2023, instructed

the parties to file a joint status letter as outline in the Court's Individual Rule IV.A.2 by September 10,

2023;

WHEREAS, the parties failed to submit the letter by September 10, 2023.  It is hereby

**ORDERED** that, by **September 15, 2023**, the parties shall file a status letter.  The parties'

attention is directed to the provisions for periodic status letters in the Case Management Plan and

Scheduling Order.

Dated: September 12, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**