UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                          :
LAMAR BROWN,                                    :
                        Plaintiff,          :
                                        :          23 Civ. 4113 (LGS)
          -against-                    :
                                        :          <u>ORDER</u>
ONCE UPON A TEE, LLC,                :
                      Defendant.        :
                                        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Case Management Plan and Scheduling Order dated July 10, 2023, instructed the parties to file a joint status letter as outline in the Court's Individual Rule IV.A.2 by September 10, 2023.  The parties failed to do so;

       WHEREAS, the Order dated September 12, 2023, instructed the parties to file their joint status letter by September 15, 2023.  The parties again failed to do so.  It is hereby

       **ORDERED** that, by **September 20, 2023**, the parties shall file a status letter.  Failure to do so will result in dismissal of the case for failure to prosecute.

Dated: September 18, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE